**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § § § § § § § § | **Chapter 11** |
| **PLATINUM HEIGHTS, LP** | | **Case No. 25-90012 (ARP)** |
| Debtor.[1] | | **(Jointly Administered)** |
| | | |
| **CLS HEIGHTS, LLC** **CLS HEALTH, PLLC** **PLAINTIFFS,** v. **MIRZA BAIG, NEXUS CAPITAL PARTNERS REAL ESTATE INVESTMENTS LLC AND NORTH HOUSTON SURGICAL HOSPITAL, LLC,** **DEFENDANTS.** | § § § § § § § § § § § § § § § § § | **ADV. PRO. _____** |

**NOTICE OF REMOVAL OF STATE COURT ACTION**

1.      Defendants Mirza Baig and NCP Properties LLC (collectively, the "Defendants") file this Notice of Removal from the 234th Judicial District Court of Harris County, Texas ("State Court"), to this Court pursuant to 28 U.S.C. § 1452(a), Federal Rule of Bankruptcy Procedure 9027, and Local Rule of Bankruptcy Procedure 9027-1 seeking removal of Case No. 2024-42060 (the "Removed Action").

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is Platinum Heights, LP (4367). The location of the Debtor's corporate headquarters and the Debtor's service address is: 1917 Ashland Street, Houston, Texas 77008.

2.      A detailed description of the above-captioned debtor and debtor in possession (the "Debtor"), its businesses and the events leading to this chapter 11 case (the "Bankruptcy Case") is fully set forth in the *Declaration of Mirza N. Baig Syed in Support of Debtor's First Day Motions* [Dkt. No. 19].

3.      This Court has jurisdiction over the Removed Action under 28 U.S.C. §§ 157 and 1334(b). This matter is a core proceeding under 28 U.S.C. § 157(b), and accordingly, this Court has the authority to hear and determine the Removed Action.

4.      Alternatively, the Court has jurisdiction over one or more of the causes of action in the Removed Action pursuant to its "related to" jurisdiction under 28 U.S.C. §§ 157 and 1334(b) and has the authority to hear the Removed Action under 28 U.S.C. § 157(c).

5.      The Defendants consent to entry of final orders or judgment by this Court.

6.      In accordance with Federal Rule of Bankruptcy Procedure 9027(a)(1) and Local Rule of Bankruptcy Procedure 9027-1, the following are attached as exhibits:

> **Exhibit A:** Docket sheet in the Removed Action
>
> **Exhibit B:** List of Parties and counsel for each (Defendants understand that all parties have been served)
>
> **Exhibit C:** All filings in the Removed Action

7.      The Defendants will promptly file a copy of this Notice of Removal on the docket in the State Court action. In addition Defendants are serving a copy of this Notice of Removal on (a) the parties to the State Court lawsuit (through counsel where applicable) by regular mail and (b) all parties who have requested ECF notice in the Bankruptcy Case (including Debtor's counsel and the U.S. Trustee are being served via CM / ECF.

Dated: March 12, 2026          Respectfully submitted

*/s/ Matthew E. McClintock*
**Goldstein & McClintock LLLP**
Matthew E. McClintock, Esq.
State Bar No. 6280574 (IL)
S.D. TX Federal Bar No. 3321162
111 W. Washington Street, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
Facsimile: (312) 277-2310
mattm@goldmclaw.com

   --- and ---

**Croke Fairchild Duarte & Beres**
Michael Lefevour, Esq. (*pro hac* pending)
Bar No. 6324232 (IL)
Jensen Rehn, Esq. (*pro hac* pending)
Bar No. 6346366 (IL)
180 N. LaSalle St., Suite 3400
Chicago, IL 60601
Telephone: (312) 650-8650
mlefevour@crokefairchild.com
jrehn@crokefairchild.com

*Counsel for the Defendants*

3

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 12, 2026, a true and correct copy of the foregoing Notice of Removal was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices (including counsel to the Debtor and the U.S. Trustee) and is also being served by regular mail on all parties listed in Exhibit B to the Notice of Removal (through counsel and excluding Exhibit C due to its voluminous nature but also offering to provide a copy physically or electronically if desired).

*/s/ Matthew E. McClintock*
Attorney

# **Exhibit A**

# Exhibit B

# **Exhibit C**