**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § § | **Chapter 11** |
| **PLATINUM HEIGHTS, LP** | § § | **Case No. 25-90012 (ARP)** |
| Debtor.[1] | § § § § | **(Jointly Administered)** |
| | | |
| **CLS HEIGHTS, LLC** **CLS HEALTH, PLLC** | § § § § | |
| **PLAINTIFFS,** **v.** | § § § | **ADV. PRO. 26-03077** |
| **MIRZA BAIG, NEXUS CAPITAL PARTNERS REAL ESTATE INVESTMENTS LLC AND NORTH HOUSTON SURGICAL HOSPITAL, LLC,** | § § § § § § | |
| **DEFENDANTS.** | § § | |

## CERTIFICATE OF SERVICE

I certify that on March 16, 2026, a true and correct copy of the Notice of Removal was served by first-class mail on all parties listed below through each of their counsel. The served copy excluded Exhibit C (the full docket from the removed action) due to its voluminous nature but the undersigned offered to provide a copy physically or electronically to any party if requested.

*/s/ Matthew E. McClintock*
Attorney

**VIA FIRST CLASS MAIL**

**North Houston Surgical
Hospital LLC**
c/o Pennell Law Firm
19 Briar Hollow Ln
Ste 110
Houston, TX 77027
Attn: Kevin Pennell

**North Houston Surgical
Hospital LLC**
c/o Reed Smith LLP
2850 N. Harwood St.
Ste 1500
Dallas, TX 75201
Attn: Omar J. Alaniz

**NCP Properties LLC**
c/o Pennell Law Firm
19 Briar Hollow Ln
Ste 110
Houston, TX 77027
Attn:  Kevin Pennell

**CLS Heights LLC**
c/o Gray Reed & McGraw LLP
1300 Post Oak Blvd.
Ste 2000
Houston, TX 77056
 Attn:  D. Scott Funk

**Dr. Mirza Baig**
c/o Pennell Law Firm
19 Briar Hollow Ln
Ste 110
Houston, TX 77027
 Attn: Kevin Pennell

**Nexus Capital Partners Real Estate
Investments LLC**
c/o Pennell Law Firm
19 Briar Hollow Ln
Ste 110
Houston, TX 77027
Attn: Kevin Pennell

**Platinum Heights LLP**
c/o Reed Smith LLP
2850 N. Harwood St.
Ste 1500
Dallas, TX 75201
Attn: Omar J. Alaniz

**US Trustee**
Office of the US Trustee
515 Rush Ave
Ste 3516
Houston, TX 77002
Attn: Christopher Ross Travis

**US Trustee**
Office of the US Trustee
515 Rush Ave
Ste 3516
Houston, TX 77002
Attn: Jana Smith Whitworth